**Robert Holland KOON, Appellant**

v.

**Loretta E. LYNCH, U.S. Attorney General, U.S. DOJ, Being Sued In Her Official Capacity, et al., Appellees**

**No. 16-5030**
**September Term, 2016**

United States Court of Appeals,
District of Columbia Circuit.

Filed: 12/13/2016

Rehearing En Banc Denied 3/21/17

Robert Holland Koon, Pro Se.

R. Craig Lawrence, U.S. Attorney's Office (USA), Civil Division, Washington, DC, for Defendants–Appellees.

BEFORE: Kavanaugh and Millett, Circuit Judges, and Ginsburg, Senior Circuit Judge

## JUDGMENT

Per Curiam

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order entered December 21, 2015 be affirmed. Appellant says nothing in his brief to suggest that the dismissal of his case without prejudice was inappropriate.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.